IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.                      3:08cv541/MCR/MD

JOHN DOE, et al.
    Defendants.

## ORDER AND
## **REPORT AND RECOMMENDATION**

    This cause is before the court upon plaintiff's "motion to withdraw pauperis order and motion for voluntary dismissal without prejudice." (Doc. 9). Court records reflect that plaintiff has filed 22 cases in the Northern District of Florida since January of 2008. Plaintiff moved to voluntarily dismiss the vast majority of these cases mere weeks after filing, and before an initial partial filing fee was assessed. The administrative burden plaintiff's apparently impulsive filings place on the court is unwarranted. Neither his status as an indigent, nor his status as a pro se prisoner justifies such behavior. In this case, unlike most others, the court granted plaintiff's motion to proceed *in forma pauperis* and assessed an initial partial filing fee before the plaintiff once again changed his mind about his pending litigation. The fact that plaintiff has yet again had "filer's remorse" does not warrant withdrawal of the court's order granting *in forma pauperis* status. Plaintiff was advised within that order, entered on December 17, 2008, that dismissal of this case would not relieve him of his obligation to pay the full $350.00 filing fee. (Doc. 5 at 2). Requiring litigants such as the plaintiff to fulfill this obligation helps cover the administrative costs of the court, and ensures that incarcerated litigants do not engage in litigation as a purely recreational activity. Thus, his request to withdraw pauperis order is denied. His request for voluntary dismissal, however, should be granted.

Accordingly, it is ORDERED:

Plaintiff's motion to withdraw *pauperis* order (doc. 9) is DENIED.

And it is respectfully RECOMMENDED:

That plaintiff's motion to voluntarily dismiss (doc. 9) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 23rd day of January, 2009.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 3:08cv541/MCR/MD*