UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

SIDNEY MARTS

    VS                        CASE NO.  3:08CV541/MCR/MD

JOHN DOE

### REFERRAL AND ORDER

Referred to Judge Miles Davis on    March 6, 2009
Motion/Pleadings: REQUEST/MOTION FOR CLERK TO DESIGNATE RECORD
Filed by Plaintiff    on 3/6/09    Doc.# 17
RESPONSES:
    on    Doc.#
    on    Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 11th day of March, 2009, that:

(a) The relief requested is DENIED as moot.  Designation of the record is done automatically, and the litigant need not file a motion to this effect.

(b) _____

/s/ *Miles Davis*
MILES DAVIS
United States Magistrate Judge