UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

SIDNEY MARTS

    VS                                          CASE NO.  3:08CV541/MCR/MD

JOHN DOE

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on    March 31, 2009
Motion/Pleadings: MOTION TO VACATE JUDGMENT
Filed by Plaintiff         on 3/27/09        Doc.# 30
RESPONSES:
                                           on              Doc.#
                                           on              Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 2nd day of April, 2009, that:

    The relief requested is DENIED.  The plaintiff's case is on appeal and the court does not have jurisdiction to grant the requested relief.

                    s/ *M. Casey Rodgers*
                    M. Casey Rodgers
              United States District Judge